Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
**Kazerouni Law Group, APC**
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@AttorneysForConsumers.com
Law Offices of Todd M. Friedman, P.C.
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211
Telephone:   (877) 206-4741
Facsimile:   (866) 633-0228

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES HIBERT AND ELIZABETH HIBERT, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**GREEN TREE SERVICING, LLC,**<br><br>Defendant. | Case No: 3:13-cv-01364-GPC-NLS<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS**<br><br>**HON. GONZALO P. CURIEL** |

1  Plaintiffs James Hibert and Elizabeth Hibert (hereinafter "Plaintiffs") hereby move to dismiss this action against Defendant Green Tree Servicing, LLC, (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") with prejudice as to Plaintiffs' individual claims and without prejudice as to the Class claims.

WHEREFORE, Plaintiffs respectfully request that this Court dismiss this action with prejudice as to Plaintiffs' individual claims and without prejudice as to the Class claims.

Dated: July 30, 2013              **HYDE & SWIGART**

                                  By:   /s Joshua B. Swigart
                                        Joshua B. Swigart
                                        Attorneys for Plaintiff